

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-17-00621-CV

**HOLT TEXAS, LTD.** d/b/a Holt Cat and d/b/a Holt Rental Services,
Appellants

v.

**M&M CRUSHED STONE PRODUCTS INC**. and Donald Martinez as Guarantor,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-07186
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The appellee's motion for withdrawal and substitution of counsel is hereby GRANTED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court